■ MICHELE IAMICELI, Appellant, v. SECURITY INSURANCE COMPANY OF NEW HAVEN, Respondent.— Motion by respondent to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of GEM CREDIT CORPORATION, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.— On the court's own motion, the decision rendered November 14, 1960 (ante, p. 498), granting appellant's motion to enlarge its time to perfect its appeal, is amended by striking out the words "granted by default" and by substituting therefor the word "granted." Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of GEM CREDIT CORPORATION, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, Appellant.— Motion by petitioner-respondent to dismiss appeal denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Final Accounting of BESSIE SATTLER, as Committee of the Person and Property of RACHEL GREENFIELD, an Incompetent Person, Respondent. ZELLA HURWITZ et al., Appellants; JOHN J. RYAN, as Special Guardian, Respondent.— Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the January Term, beginning January 3, 1961, with leave to respondents to raise the question of appealability at that time. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before December 12, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of CHARLES MEINECKE, Respondent, v. JOHN M. BECKMANN, as Police Commissioner of Nassau County, Appellant.— Motion by respondent to dismiss appeal on the ground that it is moot, denied with leave to renew upon the argument of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of LESLIE RIELL, an Infant. LESLIE RIELL et al., Appellants; HILDA FARBER et al., Respondents.— Motion to dispense with printing granted by default. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellants are directed to file six copies of their brief, and to serve one copy of the minutes and one copy of their brief on the petitioner and on the Corporation Counsel. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Accounting of ISIDORO RIZZO, as Administrator of the Estate of ANTONIO RIZZO, Deceased. VINCENZO RIZZO et al., Appellants; JIMMY RIZZO, Respondent.— Motion by claimant-respondent, Jimmy Rizzo, to dismiss appeals denied, on condition that appellants perfect the appeals and be ready to argue or submit them at the January Term, beginning January 3, 1961. The appeals are ordered on the calendar for said term. The record and appellants' briefs must be served and filed on or before December 12, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ LAKESHORE CLUB, INC., Respondent, v. COUNTRY CLUB PROPERTIES, INC., Defendant, and ABRAM M. PERLMAN et al., Appellants.— Motion by the plaintiff-respondent to dismiss appeals of the defendants-appellants Perlman and Labowitz on the ground that such appeals were not taken within the time prescribed by law. Motion granted to the extent of dismissing the appeal of appellant Perlman; such appeal is dismissed, without costs. As to the appeal of the appellant Labowitz, the motion is denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.